**Henry Paul NICHOLLS, Movant,**

v.

**KENTUCKY BAR ASSOCIATION,
Respondent.**

No. 92–SC–713–KB.

Supreme Court of Kentucky.

Sept. 2, 1993.

*ORDER*

The application of Henry Paul Nicholls for reinstatement to the practice of law in the Commonwealth of Kentucky is hereby granted. SCR 3.500(1).

Mr. Nicholls shall pay the costs incurred by the Kentucky Bar Association in the processing of the application.

ENTERED: September 2, 1993.

/s/ Robert F. Stephens
Chief Justice

**Barbara Goodwin BRAND, Movant,**

v.

**KENTUCKY BAR ASSOCIATION,
Respondent.**

No. 93–SC–215–KB.

Supreme Court of Kentucky.

Sept. 2, 1993.

Barbara Goodwin Brand, Sacramento, CA, for movant.

Bruce K. Davis, Executive Director, Ray Clooney, Kentucky Bar Ass'n, Frankfort, for respondent.

ORDER GRANTING REINSTATEMENT
TO THE PRACTICE OF LAW

Movant has filed an application for reinstatement to the practice of law in this Commonwealth after having been suspended for failure to comply with continuing legal education requirements. She has complied with the requirements of the rules pertaining to reinstatement and the Board of Governors of the Kentucky Bar Association has recommended to this Court that the application be granted. We concur with the recommendation of the Board.

IT IS THEREFORE ORDERED that movant, Barbara Goodwin Brand, is hereby reinstated to the practice of law in this Commonwealth.

All concur.

ENTERED: September 2, 1993.

/s/ Robert F. Stephens
Chief Justice

**W. Leonard MEDLEY, Movant,**

v.

**KENTUCKY BAR ASSOCIATION,
Respondent.**

No. 93–SC–075–KB.

Supreme Court of Kentucky.

Sept. 2, 1993.

ORDER OF REINSTATEMENT

On recommendation of the Board of Governors of the Kentucky Bar Association, W. Leonard Medley is hereby reinstated to the practice of law.

Mr. Medley should pay any costs incurred by the KBA in the processing of the application.

/s/ Robert F. Stephens
Chief Justice